# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00540-CR

**Christopher Cheek, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2006CR1866, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Christopher Cheek seeks to appeal his conviction for driving while license suspended. Sentence was suspended on June 10, 2008, but the notice of appeal was not filed until August 13, 2008. *See* Tex. R. App. P. 26.2(a)(1). In the notice of appeal, Cheek's counsel acknowledges that the notice was not timely, but urges that "[t]he plan was to file a notice, but trial counsel became very sick and pre-occupied" with other matters.

When a notice of appeal is untimely, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). Cheek may be entitled to an out-of-time appeal under the circumstances, but he must seek it by means of a post-conviction habeas corpus petition. *See* Tex. Code Crim. Proc. Ann. art. 11.072 (West 2005).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   October 17, 2008

Do Not Publish